**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:97-cr-00294-MOC-SCR**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MICHAEL L. MCKINNEY,** ) | **ORDER OF CONTINUING** |
| **Defendant,** ) | **GARNISHMENT** |
| ) | |
| **and** ) | |
| ) | |
| **WAL-MART ASSOCIATES, INC.,** ) | |
| **Garnishee.** ) | |
| ————————————————— ) | |

**THIS MATTER** is before the on the Government's Motion for Order of Continuing Garnishment filed on May 6, 2024. (Doc. No. 593). Judgment in the criminal case was filed on March 10, 1999. (Doc. No. 284). As part of the Judgment, Defendant, Michael L. McKinney, was ordered to pay an assessment of $200.00 and restitution of $120,000.00 to the victims of his crime. *Id*.

On January 31, 2024, the Court entered a Writ of Continuing Garnishment ("Writ") (Doc. No. 589) as to Garnishee, Wal-Mart Associates, Inc. Defendant was served with the Writ and Instructions notifying him of his right to request a hearing on February 15, 2024. (Doc. No. 591). Garnishee was served with the Writ and Instructions on February 19, 2024. Id. Garnishee filed an Answer on March 21, 2024 (Doc. No. 592) stating that at the time of service of the Writ, the Garnishee had in its custody, control, or possession property or funds owned by Defendant, including nonexempt, disposable earnings. The Government mailed a copy of the Answer to Defendant on April 3, 2024. Defendant did not request a hearing, and the statutory time to do so has elapsed.

1

**IT IS THEREFORE ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $115,632.17 computed through January 30, 2024. Garnishee shall pay the United States up to the lesser of:

1. twenty-five percent (25%) of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or

2. the amount by which Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage.

See 15 U.S.C. § 1673(a). Garnishee shall continue payments until the debt to the United States is paid in full or until Garnishee no longer has custody, possession, or control of any property belonging to Defendant or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

CLERK OF THE UNITED STATES DISTRICT COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

To ensure that each payment is credited properly, the following should be included on each check: Defendant's Name Michael L. McKinney, Court Number DNCW3:97CR294-5.

**IT IS FURTHER ORDERED** that Garnishee shall advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

**IT IS FURTHER ORDERED** that the United States shall submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: May 6, 2024

Susan C. Rodriguez
United States Magistrate Judge

2